# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136368

MARK MICHAEL KOROI, Co-Conservator of the
ESTATE OF RAOUL GEORGE FARHAT,
      Plaintiff-Appellant,

v

UNITED SERVICES AUTOMOBILE
ASSOCIATION, a/k/a USAA,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136368
COA: 281054
Washtenaw CC: 99-005361-NF

_____/

      On order of the Court, the application for leave to appeal the March 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

p0721

Clerk